ELLEN M. B. CONNOLLY, Respondent, v. THE MANHATTAN RAILWAY COMPANY and THE METROPOLITAN ELEVATED RAILWAY COMPANY, Appellants.

MARY A. DURUP DE BLAINE, Respondent, v. THE SAME, Appellants.

ELIZABETH R. INNES, Respondent, v. THE MANHATTAN RAILWAY COMPANY and THE NEW YORK ELEVATED RAILROAD COMPANY, Appellants.

SUSAN W. INNES, Respondent, v. THE SAME, Appellants.

WILLIAM T. INNES, Respondent, v. THE SAME, Appellants.

Reported below, 2 App. Div. 620; 3 App. Div. 541.
(Argued November 30, 1896; decided December 8, 1896.)

MOTIONS to dismiss appeals from judgments of the Appellate Division of the Supreme Court in the first judicial department, which modified and, as modified, affirmed judgments in favor of plaintiffs rendered in actions to restrain the maintenance and operation of defendants' elevated railroads, and for rental damages. The motions were made upon the ground that defendants, having accepted benefits under the judgments by demanding and exacting conveyances of the easements of the plaintiffs, have waived their right to appeal.

*Henry A Forster* for motions.

*Brainard Tolles* and *Julien T. Davies* opposed.

Motion denied in Connolly case, with ten dollars costs.
Motions denied in other cases, without costs.